# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **HUBERT W. SAWYER, JR.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 08-2114-KHV** |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in connection with the court-related representation of plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $5,500.00, payable to plaintiff. The parties have also agreed that the check for attorney fees should be made payable to plaintiff and be mailed to plaintiff's attorney's address.

**IT IS THEREFORE CONSIDERED AND ORDERED THAT**, pursuant to 28 U.S.C. § 2412, plaintiff is granted attorney's fees under the EAJA in the amount of **$5,500.00**, payable to plaintiff.

**IT IS ALSO ORDERED THAT** the check for attorney fees should be made payable to plaintiff and be mailed to plaintiff's attorney's address.

Dated this 8th day of April, 2009 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Court